UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KOSTAS FEKKAS,

       Defendant.

ORDER OF CONTINUANCE

23 Mag. 6395

  Upon the application of the United States of America and the affirmation of TIMOTHY LY, Assistant United States Attorney, it is found that KOSTAS FEKKAS, the defendant, was charged with violations of 18 U.S.C. §§ 2252A(a)(2)(B) and (b)(1); 2252A(a)(5)(B) and (b)(2); 1470, in a complaint dated September 14, 2023, and was arrested on September 14, 2023;

  It is further found that the defendant was presented before Magistrate Judge Judith C. McCarthy on September 14, 2023, and the defendant was detained.

  It is further found that Rachel Martin, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

  It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

  It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until **November 8, 2023.**

Dated: White Plains, New York
      October 11, 2023

_____
UNITED STATES MAGISTRATE JUDGE